MHW

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Dee Brook* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) *DEE BROOK*  C. Date of Delivery 2-25-08<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>Mr. Jon W. Sanfilippo<br>Clerk<br>United States District Court<br>362 United States Courthouse and Federal Building<br>517 East Wisconsin Avenue<br>Milwaukee, WI 53202 | 08cr135<br>Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 0100 0001 7313 2548 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

FILED
2-28-2008
FEB 28 2008  YM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT